# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Larry P. Moore )
_____ )
　　　Plaintiff )
　 )
vs. )
　 )
Roger E. Walker, Jr., Sherry )
Benton, Andrew K. Ott, Jamie )
L. Vieweg, Leanna J. Williams, )
Russel L. Jones, Sgt. Summers, )
　　　Defendant(s) )

Case No. _____

## COMPLAINT

☒　42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐　28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐　Other　N/A

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Larry P. Moore (#C76220), and states as follows:

My current address is: Graham Correctional Center, P.O. Box 499, Hillsboro, Illinois  62049-0499

The defendant Roger E. Walker, Jr., is employed as Director of the Illinois Department of Corrections at 1301 Concordia Court, Springfield, Ill. 62794

The defendant Sherry Benton, is employed as Inmate Issues Officer for IDOC — at 1301 Concordia Court, Springfield, Ill. 62794

The defendant Andrew K. Ott, is employed as Warden of Graham Correctional Center at P.O. Box 499, Hillsboro, Ill. 62049

The defendant Jamie L. Vieweg, is employed as Staff member at the Graham C.C. at P.O. Box 499, Hillsboro, Ill. 62049

(revised 9/96)

1

The defendant _Leanna J. Williams_, is employed as _Staff members at the Graham C.C._ at _P.O. Box 499, Hillsboro, Ill. 62049_

Additional defendants and addresses _Russell L. Jones is employed as an Officer at the Graham C.C. - P.O. Box 499, Hillsboro, Ill. 62049 Sgt. Summers is employed as an Officer at the Graham C.C. - P.O. Box 499, Hillsboro, Ill. 62049_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes    ☐          No ☒

If yes, please describe   N/A

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒ (_Unsure or Unknown_) No ☒

C. If your answer to B is yes, how many? _N/A_   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

Plaintiff(s)   N/A (Unsure or Unknown)

Defendant(s)   N/A (Unsure or Unknown)

          N/A (Unsure or Unknown)

  2. Court (if federal court, give name of district; if state court, give name of county)

   N/A (Unsure or Unknown)

3. Docket Number/Judge   N/A (Unsure or Unknown)

2

4. Basic claim made _N/A (Unsure or Unknown)_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _N/A (Unsure or Unknown)_

6. Approximate date of filing of lawsuit _N/A (Unsure or Unknown)_

7. Approximate date of disposition _N/A (Unsure or Unknown)_

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _N/A_

_____

C. Is the grievance process completed?   Yes ☒   No ☐ _(To the best of my ability)_

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence Graham Correctional Center

Date of the occurrence January 1, 2008 — ongoing

Witnesses to the occurrence Joel Weiten (K54567) + Isais Ramos (S03579)

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On January 1, 2008, I was involved in an incident here at Graham C.C. in which I received an Inmate Disciplinary Report issued by C.O. Jamie L. Vieweg. This IDR was issued for my alleged refusal of cell assignment. This ticket was completely falsified by C.O. Vieweg and this falsification of this said IDR was done by agreement and direction of Sgt. Summers. Sgt. Summers did this because he got angry about having to deal with this situation between me and my then cellmate, who had caused this situation by threatening me. He said, "... he was going to kick my motherfucking ass before the night was over." He did this right in front of C.O. Clark, Joel Weiten (K54567), and Isais Ramos (S03579).

4

Sgt. Summers got mad because my cellmate and me were going to have to be moved and he just did not want to deal with it. Sgt. Summers went down to talk with my cellmate, and when he came back he told me to pack my stuff up. I repeatedly tried to grieve the fact I was being "walked to seg" to Sgt. Summers and he repeatedly told me to "Shut up and pack!" I was then put in seg. for no good cause or reasoning as I was not the one who had made the threats in front of C.O. Clark nor did I ever refuse my cell assignment. In addition, when I went to hear my ticket I was asked how I pleaded to the false allegations in this ticket, I said, "No contest and not guilty!" I then explained to committee members, Leanna J. Williams, why I felt there was no real contested facts in this situation and that all the relevent facts supported my innocence in this situation. I received an Adjustment Committee Final Summary Report were it falsly stated that I

pleaded guilty on this ticket — I did not do so because I am not guilty. This ticket was issued on me in direct retaliation for trying to grieve Sgt. Summers action of putting me in seg. In addition, Leanna J. Williams, and Lt. Russel Jones, entered into an agreement to support the wrongful actions of Sgt. Summers in case. Lt. Jones signed off on this ticket knowing it was false and Leanna J. Williams entered a false statement saying I entered a guilty plea on this case. I have filed a grievance on this issue on 1/18/2008, and it was denied wrongfully and without proper review. When I tried to appeal it to the Administrative Review Board (ARB) it was denied as untimely. I put this notice of appeal in the mail on 2/22/2008, well within the time frame to do so. (See, Harrisburg - Raleigh Airport Authority v. Dept. of Revenue, 127 Ill. Dec. 944, 533 N.E. 2d 1072). My grievance was willfully mishandled by Sherry Benten to cover-up and protect the IDOC employees and fellow union members in this case. In addition, Roger E. Walker, Jr. has known of the wrongful actions and misconduct of his employees but has a policy of deliberate indifference to their misconduct and it is a long accepted pattern of misconduct he has allowed to exist that has caused serious harm in this instant case. 6

I was put in seg. for 7 days because of this falsified ticket done on 1/1/2008. I have lost days of goodtime because of this situation and I was put on "C" grade for 30 days. The evidence in this case shows I did nothing wrong but I was punished and retaliated against for doing nothing but trying to tell my side of the story to Sgt. Summers on 1/1/2008.

In addition, the Warden - Andrew K. Ott, has been well aware of the misconduct of his employees here at Graham C.C. - specifically dealing with tickets and grievances but he has willfully maintained a clear policy of deliberate indifference to the misconduct of the employees named in this complaint.

My grievance was timely filed in this case but Sherry Benton refused to address it in a direct attempt to cover up the misconduct of the IDOC employees involved as she was their fellow Union member and I stood no real chance of receiving fairness from her on my meritorious issues in this case.

Lastly, I believe that all defendants showed a deliberate indifference to my rights and they did this acting under the color of Illinois State Law.

7

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

(A) That I be granted $250,000 in actual damages and an additional $750,000 in punitive damages in this case; (B) That the defendants be ordered to pay any and all of the costs of these proceedings; (C) That the defendants be ordered to pay any attorney fees that may reasonably be charged to me in this case; and, (D) That this court enter an injunction that will prohibit the defendants from further retaliation against me and also prohibits them from obstructing the process of grievances as set out by department policy.

JURY DEMAND            Yes    ☒                    No    ☐


Signed this _____ day of  August , 2008 .

LARRY PAUL MOORE  C-76220
( Signature of Plaintiff)

| | |
|---|---|
| *Name of Plaintiff:* Larry Paul Moore | *Inmate Identification Number:* C 76 220 |
| *Address:*  P.O. BOX  499<br>GRAHAM CORRECTIONAL CENTER<br>HILLSBORO, ILLINOIS  62049 | *Telephone Number:* N/A |

Supporting Exhibits

## Supporting Exhibits

| Exhibit | Description |
| --- | --- |
| "A" | Copy of Administrative Review Board Return of Grievance or Correspondence dated 5/19/08. <u>Note</u>: Sherry Benton. |
| "B" | Copy of letter to Director of IDOC Roger E. Walker, Jr. concerning this situation dated 5/9/2008. |
| "C" | Copy of Administrative Review Board Return of Grievance or Correspondence dated 3/24/2008. <u>Note</u>: Sherry Benton. |
| "D" | Copy of Response To Committed Person's Grievance dated 2/6/2008. <u>Note</u>: Andy K. Ott. |
| "E" | Copy of Illinois Administrative Code on Filing of Grievances (504.810 section). |
| "F" | Copy Inmate Disciplinary Report issued on 1/1/2008. |

(1)

# Supporting Exhibits

| Exhibit | Description |
| --- | --- |
| "G" | Copy of Adjustment Committee Final Summary Reported dated 1/9/2008. <u>Note</u>: Andrew K. Ott and Leanna J. Williams. |
| "H" | Copy of Grade Demotion Notification dated 1/10/2008. |
| "I" | Copy of Inmate Grievance filed by the plaintiff, Larry P. Moore, on 1/18/2008. |
| "J" | Copy of witness, Joel Weiten (K54567) (s), statement regarding what truly happened on 1/1/2008. |
| "K" | Copy of letter sent to Director of IDOC, Roger E. Walker, Jr., from the plaintiff, Larry P. Moore. |
| "L" | Copy of Commissary/Inmate Trust Print-out showing dates withdrawals were made. |

( 2 )

## Supporting Exhibits

| Exhibit | Description |
| --- | --- |
| "M" | Copy of Money Voucher showing when my appeal to the ARB was sent out. |
| "N" | Affidavit by plaintiff concerning this situation. |
| "O" | Request Slip requesting Trust Fund Account Information on plaintiff's case. Please note the absence of the 2/22/08 Money Voucher (Exhibit "M"). |

RECEIVED JUNE 20, 2008  3:00 to 11:00 mail call line 3:00 Labor Time frame

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Moore_ _Larry_ _____ _C76220_
            Last Name        First Name    MI        ID#

Facility: _Graham_

☒ Grievance (Local Grievance # (if applicable): _5-9-08_ ) or ☒ Correspondence

Received: _5,16,08_   Regarding: _JDa 1-1-08 -_
          Date  3-24-08              _ARB to reconsider_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
        Office of Inmate Issues
        1301 Concordia Court
        Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
        319 E. Madison St., Suite A
        Springfield, IL   62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on _3,27,08_ .
                                                Date

☒ No justification provided for additional consideration.

---

Other (specify): _Original decision stands._

Completed by: _____    _Sherry Benton_    _5,19,08_
              Print Name          Signature          Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DOC 710-1274)

May 9, 2008
Time 7:4

Excuse me Mr. Roger E Walker Jr. Director;

I've already sent you a copy of this grievance at the exact same time I sent the one to the Administrative Review Board, to be heard because of the denial by the grievance procedure here at Graham Corr. Center. (Please read Section 504.810 Filing of Grievances attached hereto for your proof) This is the proper procedure when filing grievance's that can't be settled by other institutional means that are available to convicts. You will notice that the rules were changed is 2003 May 1,. I have 60 days to file my Grievance not 30 days !!!! That rule May 1, 2003 has never been changed back since May 1, 2003. It is posted in all inmate rule books issued to incoming and already incarcerated inmates. It is posted on all bulletin boards located in the cell house's for guideline's on the amount of time for you to file a grievance. The I.D.O.C. Administrative Review Board has denied my grievance soly on the issue of the amount of time I took to file my grievance. I have highlited all of this for you to read and have attached a complete copy of the rules concering this particular issue and highlited the rules concering the amount of time I have to file a grievance. The Administrative Review Board is wrong and now according to the rules and regulations you are to be notified of this in 30 days after I have been notified from the

— cont other side —

RECEIVED
MAY 16 2008
OFFICE OF
INMATE ISSUES

Administrative Review Board and I have highlited this part also!! I was given their answer on APRIL 29, 2008 durning the 3:00 to 11:00 inmate mail call line!!!! Please be advised that I have done everything I am suppose to do in the correct amount of time and will send you all of this again meaning a copy of this grievance and their answer along with a complete copy of the rules and regulations concering this issue highlited for your proof of easy reading. Thank you for your time on this matter.!!!!

Sincerley

Larry Paul Moore

C-76220

 

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Moore_ _Larry_ ___ _C76220_
         Last Name          First Name      MI      ID#

Facility: _graham_

☐ Grievance (Local Grievance # (if applicable): _1-18-08_ )  or  ☐ Correspondence

Received: _3_ , _24_, _08_    Regarding: _IDr 1-1-08_
         Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___ .
                                              Date

☐ No justification provided for additional consideration.

---

Other (specify): _Rec'd over 30 Days later from CAO'S Signature._

Completed by: _____    _Sherry Benton_    _3,27,08_
              Print Name              Signature           Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

(D)

## Grievance Officer's Report

Date Received: February 6, 2008     Date of Review: February 6, 2008     Grievance # (optional): _____

Committed Person: Moore, Larry     ID#: C76220

Nature of Grievance: Disciplinary Report of 1/1/08 for 403 Disobeying a Direct Order (Cell Refusal)

**Facts Reviewed:** Offender grievance and disciplinary report were reviewed. Offender was written a ticket #200800014/1 - GRA by C/O Vieweg in Housing Unit 24 at approx. 10:05 p.m. for 403 Disobeying a Direct Order (cell refusal).

Offender was seen by the Adjustment Committee on 1/7/08. Adjustment Committee Final Summary Report - Henry P. Teverbaugh, Chairman and Leanna J. Williams, Member states that the offender pled "guilty". Offender states in his grievance that he pled "No Contest and Not Guilty".

Offender admits in his grievance that he had been having continued problems with his cell mate. Offender states in his grievance that he had intended to go back in his cell to "settle this issue once and for all" and that he had "been putting-up listening to him bitch and rant and rave for several months prior to this incident...".

The Adjustment Committee found the offender guilty of 403 based upon his being positively identified by his State issued I.D. card and his "guilty" plea to them.

They recommended and the Warden approved the following sanctions: 1 month B grade, 1 month Commissary restriction and 7 days Segregation with credit for time served.

**Recommendation:** Based upon a review of all available information, and a compliance review of the procedural safeguards outlined in Dr 504, this Grievance Officer recommends that this grievance be denied.

Michael B. Rappe'
_____
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 2-6-08     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:     over 30 days

_Andy K. Ott_ os
Chief Administrative Officer's Signature          2-6-08
                                                   Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Larry Paul Moore_     C-76220     FEB 22, 2008
Committed Person's Signature     ID#     Date

RECEIVED
MAR 2 4 2008
OFFICE OF
INMATE ISSUES



## Section 504.805  Responsibilities

a)    Unless otherwise specified, the Director or Chief Administrative Officer may delegate responsibilities stated in this Subpart to another person or persons or designate another person or persons to perform the duties specified.

b)    No other individual may routinely perform duties whenever a Section in this Subpart specifically states the Director or Chief Administrative Officer shall personally perform the duties.  However, the Director or Chief Administrative Officer may designate another person or persons to perform the duties during periods of his or her temporary absence or in an emergency.

(Source:  Amended at 22 Ill. Reg. 1206, effective January 1, 1998)

## Section 504.810  Filing of Grievances

a)    An offender shall first attempt to resolve incidents, problems, or complaints other than complaints concerning disciplinary proceedings through his or her counselor. If an offender is unable to resolve the complaint informally or if the complaint concerns a disciplinary proceeding, the individual may file a written grievance on a grievance form that shall be made available in all living units.  A grievance shall be filed within 60 days after the discovery of the incident, occurrence, or problem that gives rise to the grievance.  However, if an offender can demonstrate that a grievance was not timely filed for good cause, the grievance shall be considered. The grievance procedure shall not be utilized for complaints regarding decisions that are outside the authority of the Department, such as parole decisions, clemency, or orders regarding length of sentence or decisions that have been rendered by the Director.

b)    The grievance form shall be addressed to the Grievance Officer and shall be deposited in the living unit mailbox or other designated repository.  The grievance shall contain factual details regarding each aspect of the offender's complaint including what happened, when, where, and the name of each person who is the subject of or who is otherwise involved in the complaint.  This provision does not preclude an offender from filing a grievance when the names of individuals are not known, but the offender must include as much descriptive information about the individual as possible.

c)    Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff.

    1)    All offenders shall be entitled to file grievances regardless of their disciplinary status or classification.

2)  Each facility shall take reasonable steps to ensure that the grievance procedure is accessible to offenders who are impaired, disabled, or unable to communicate in the English language.

d)  Offenders shall be informed of the grievance procedure at the admitting facility and may request further information regarding the procedure from their counselors.

1)  The written procedure shall be available to all offenders.

2)  An offender unable to speak or read the English language may request that the procedure be explained in the individual's own language.

(Source:  Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.820  Grievance Officer

a)  The Chief Administrative Officer shall appoint 2 or more employees who may serve as a Grievance Officer to attempt to resolve problems, complaints, and grievances that offenders have been unable to resolve through routine channels.

b)  No person who is directly involved in the subject matter of the grievance or who was a member of the Adjustment Committee that heard a disciplinary report concerning the grievance may serve as the Grievance Officer reviewing that particular case.

(Source:  Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.830  Grievance Procedures

a)  A Grievance Officer shall review grievances at least weekly, provided that one or more grievances have been filed.  Grievances on issues that are deemed without merit may be returned as denied to the sender without further investigation.  No merit grievances include grievances that:

1)  Have previously been addressed for which there is no additional information; or

2)  Are on issues that do not involve or affect the offender.

b)  The Grievance Officer shall promptly submit a copy of any grievance alleging discrimination based on disability or a request for an accommodation based upon disability to the facility ADA Coordinator.  The facility ADA Coordinator shall conduct such investigation as deemed appropriate and make written



recommendations to the Chief Administrative Officer for resolution of the grievance.

c)    An offender may be afforded an opportunity to appear before the Grievance Officer unless the grievance is deemed without merit. The Officer may call witnesses as deemed appropriate.

d)    The Grievance Officer shall consider the grievance and report his or her findings and recommendations in writing to the Chief Administrative Officer. The Chief Administrative Officer shall advise the offender of the decision in writing within 2 months after receipt of the written grievance, where reasonably feasible under the circumstances. Responses to duplicate grievances on issues that are currently being grieved may be combined in one response.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.840  Emergency Procedures

An offender may request a grievance be handled on an emergency basis by forwarding the grievance directly to the Chief Administrative Officer.

a)    If the Chief Administrative Officer determines that there is a substantial risk of imminent personal injury or other serious or irreparable harm to the offender, the grievance shall be handled on an emergency basis.

b)    The Chief Administrative Officer shall expedite processing of the grievance and respond to the offender, indicating what action shall be or has been taken.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.850  Appeals

a)    If, after receiving the response of the Chief Administrative Officer, the offender still feels that the problem, complaint or grievance has not been resolved to his or her satisfaction, he or she may appeal in writing to the Director within 30 days after the date of the decision. Copies of the Grievance Officer's report and the Chief Administrative Officer's decision should be attached.

b)    The Director shall review the grievance and the responses of the Grievance Officer and Chief Administrative Officer and shall determine whether the grievance requires a hearing before the Administrative Review Board. If it is determined that the grievance is without merit or can be resolved without a hearing, the offender shall be advised of this disposition, in writing.

c)    An Administrative Review Board shall be appointed by the Director. One member of the Board may be a citizen from the community. A Department member shall be designated as chairperson.

d)    The Administrative Review Board shall meet as frequently as necessary and may schedule hearings on grievances. Hearings may be conducted in person or via video or telephonic conference. The Board may call witnesses or examine records at its discretion.

e)    The Administrative Review Board shall submit to the Director a written report of its findings and recommendations.

f)    The Director shall review the findings and recommendations of the Board and make a final determination of the grievance within 6 months after receipt of the appealed grievance, where reasonably feasible under the circumstances. The offender shall be sent a copy of the Director's decision.

g)    In those instances where an offender is appealing a grievance determined by the Chief Administrative Officer to be of an emergency nature, the Administrative Review Board shall expedite processing of the grievance.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.860  Records

Records regarding the filing and disposition of grievances shall be maintained in the offender's master file.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.870  Direct Review by Administrative Review Board

a)    Offenders shall submit grievances directly to the Administrative Review Board when grieving:

1)    Decisions regarding protective custody placement, including continued placement in or release from protective custody.

2)    Decisions regarding the involuntary administration of psychotropic medication.

3)    Decisions regarding disciplinary proceedings that were made at a facility other than the facility where the offender is currently assigned.

4)    Other issues except personal property issues that pertain to a facility other than the facility where the offender is currently assigned.

State of Illinois · · Department of Corrections
**DISCIPLINARY REPORT**

Page _1_ of _1_

(F)

☐ Disciplinary Report _1/1/08_     ☐ Investigative Report _____
          Date                              Date

Committed Person: _Moore_     No. _S 76320_     Facility: _Graham C.C._

Observation Date: _1/1/08_   Time: _appx 10:05_ am/pm   Location: _H.U. 34 · D.12_

Sr. _S. Kaupes 7350_          _(sig) S. Kaupes 7350  1/1/08 Appx 10:05pm_
          **PRINT Employee's Name**              **Employee's Signature/Date/Time**

Offense: 504 (A) _#23_   _Disobeying a direct order_
         (B)
         C

Observation: _On the above date and appx time  I/m moore (S76320)_
_in H.U. 34 · D12 said he refuses cell assignment. I/m moore said_
_he can't live in that cell anymore with that other inmate._

Witnesses, if any: _____

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: _C.I.V. physical_

_Major Kaupes_                  _(sig)                 1/1/08_
          **PRINT Name**              **Shift Supervisor's Signature and Date**
                                      **(For Community Correctional Centers, Chief Adm. Off.)**

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

          **PRINT Name**                              **Signature/Date**

☐ **MAJOR, submitted to Adjustment Committee**   ☐ MINOR, submitted to Program Unit
_Lt. R Jones_                          _(sig) 2174      1/1/08_
          **PRINT Name**                   **Reviewing Officer's Signature and Date**

☐ Reviewed by Hearing Investigator _____
   **(Adult Division Major Reports Only)**        **PRINT Name**              **Signature and Date**

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____          Committed Person Refused to Sign ☒
_S. Mccoy 7255_        _(sig)_           _1-2-08_          _9 cc_  am/pm
   **PRINT Serving Employee's Name**   **Serving Employee's Signature**   **Date and Time Served**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____   _____
                              Committed Person's Signature and Number

– – – – – (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) – – – – –

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____.
                                                                                              Date

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

DC 7205 (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person;     _____
IL 426-0361                       3) Facility; 4) Facility                     Committed Person's Name and Number



# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** MOORE, LARRY | **IDOC Number:** C76220 | **Race:** WHI |
| **Hearing Date/Time:** 1/7/2008  11:15 AM | **Living Unit:** GRA-18-D-11 | **Orientation Status:** N/A |
| **Incident Number:** 200800014/2 - GRA | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 1/1/2008 | 200800014/1-GRA | VIEWEG, JAMIE L | HOUSING UNIT 24 | 10:05 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying A Direct Order | Guilty |
| | *Comments:CELL REFUSAL* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
IDR read inmate pleads; " Guilty "

## BASIS FOR DECISION
Inmate Moore C76220 being positively identified by state issued ID and pleading guilty.
seg time from 01/1/08 to 1/7/08

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months B Grade | 1 Months B Grade |
| 7 Days   Segregation | 7 Days   Segregation |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |

**Basis for Discipline:Standard discipline**

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| TEVERBAUGH, HENRY P  - Chair Person | *signature* | 01/07/08 | BLK |
| | Signature | Date | Race |
| WILLIAMS, LEANNA J | *signature* | 01/07/08 | ASN |
| | Signature | Date | Race |

Recommended Action Approved

## Final Comments: N/A

ANDREW K OTT / LAD  1/9/2008          *Andy K. Ott*          01/09/08
**Chief Administrative Officer**          Signature          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*signature*                              1/12/08   8:00  A
**Employee Serving Copy to Committed Person**          **When Served  -- Date and Time**

Run Date: 1/9/2008 09:15:21          Page 1 of 1

E-FILED
Wednesday, 20 August, 2008  09:20:54 AM
Clerk, U.S. District Court, ILCD

Exhibit C

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER TRACKING SYSTEM:RM                    RUN DATE: 01/10/08
GRADE DEMOTION NOTIFICATION                    RUN TIME: 09:20:45

AS OF DATE: 01/10/08

INSTITUTION:  GRAHAM

(H)

IDOC # : C76220     NAME : MOORE, LARRY              LIVING UNIT : 18-D -11

DUE TO AN ADJUSTMENT COMMITTEE HEARING, YOU HAVE BEEN
DEMOTED TO B GRADE AS OF 01/07/08.  YOU WILL RETURN TO
A GRADE ON 02/07/08.

GRADE DEMOTIONS ARE COMPUTED CONSECUTIVELY TO PRIOR
DEMOTIONS, WHEN APPLICABLE, INCLUDING DEMOTIONS RECEIVED
AT OTHER FACILITIES.

FROM:  RECORDS OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

DOC 0046

| | | |
|---|---|---|
| Date: Jan 18, 2008 | Committed Person: (Please Print) Moore, Larry Paul | ID#: C-76220 |
| Present Facility: Graham Corr. Center | Facility where grievance issue occurred: Graham Corr. Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify) _____

- [X] Disciplinary Report: Jan 10, 2008    Graham Corr. Center
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Well to start this grievance off on the right footnote, I have only filed 4 grievance's before this one in the current 30 years of doing time in the I.D.O.C., also because I'll be starting 31 years in March 2008 ....!!!! Now then I am grieving a very false and bogus disciplinary report written on me for something I've never stated out of my mouth dated Jan 1, 2008 time approx 10:05, location H.U. 24, During cell 12 and then issued to me on the same night of Jan 1, 2008 outside on the side walk of said H.U. 24. Please read disciplinary report, location and time, for your own verification of proof!!

Relief Requested: Yes I want relief requested, please read comments at end of Grievance marked Comments!!

- [ ] Check only if this is an EMERGENCY grievance due to substantial risk of imminent personal injury or other serious irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____
_____
_____
_____
_____

_____        _____    ___/___/___
Print Counselor's Name            Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____        ___/___/___
Chief Administrative Officer's Signature            Date

— CONT SEE BACK PAGE —

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (CONTINUED)     DOC 0046   ge 2

This disciplinary report simply states that "Quote on the
above date and approx time I/m Moore C-76220 in H.U. 24-
D12 "said" he refuses cell assignment. I/m Moore said he cant
live in that cell anymore with that other inmate. Unquote."
Said offense being listed as; 504-A-403 Disobeying direct order.
Also the guard who wrote this disciplinary report has written
his name unreadable. The c/o who wrote this particular wrong
disciplinary report also did so in an absolute total impossibility
because he was not down the hallway at any time of the night
on this particular night in question especially when the threat
was made, also the only security person down the hallway
after c/o Clark left and did not return at all because simply
their was no reason for it; only Sgt. Summers was down
the hallway. When Sgt. Summers showed up he was absolutely
the only security staff in the hallway and the only security
handling this issue even though he absolutely did so incorrectly
by accident!!?

However, to start this at the begining; on the evening of
Jan 1, 2008 at about 9:40pm I was disrobing preparing for
my after work shower and my cell mate was looking out the
window of the door, I finished preparing for my nightly shower
and started for the door of the cell and saw my cell mate looking
out the door's window and trying to hide a smile, so anyway
I told him to move so I could get my shower and he steped
over by the shit bowel and I exited the cell. However when
I was only 4 or 5 feet from the ~~cell~~ cell when my cell
mate made a threat in front of a c/o Clark who stoped and
looked at my cell mate so's c/o Clark knew who made the threat
she just heard. The threat ~~was~~ was stated as he was
going to "kick my motherfucking ass" "before the night was
over." Now then their were 3 people in the hallway when
he made this threat ① c/o Clark security staff member; ② convict
Joel Weiten K-54567 who is the shower porter for H.U.
24 C & D wings. He cell's right across the hall and was just
exiting his cell on his way to the day room to fill out his
commissary slip for his next shopping day.!! ③ convict
Isais Ramos S-03579 who was the other porter working
with me at night was still mopping D wing and had
stopped at my doorway because my door was open and
preventing him from moping any further until the door

Distribution:  Master File; Committed Person                    Page 2                    DOC 0046 (Eff. 10/2001)
                                                                                           (Replaces DC 5657)



WAS CLOSED. He WAS ALSO STANDING RIGHT BESIDE MY CELL AND HEARD ~~and~~ AND SEEN HIM MAKE THE THREAT. This THREAT WAS ALL % CLARK AND CONVICT JOEL WEITEN AND ISAIS RAMOS KNOW ABOUT; WHATS BEEN GOING ON BETWEEN MY CELL MATE AND MYSELF PERIOD!! NOW THEN AFTER HE MADE THE THREAT I HAD TURNED AROUND TO GO BACK IN THE CELL AND SETTLE THIS ISSUE ONCE AND FOR ALL. I HAD BEEN PUTTING UP LISTENING TO HIM BITCH AND RANT AND RAVE FOR SEVERAL MONTHS PRIOR TO THIS INCIDENT ABOUT DIFFERENT GUARDS AND OTHER CONVICTS ON THE DECK ABOUT ONE THING OR ANOTHER THAT ANNOYED HIM HE WOULD CONSIDER ANTAGONIST AND BE HAVEING HOSTILITY TOWARDS THESE PEOPLE HOWEVER I HAD SIMPLY HAD ENOUGH OF HIS MOUTH AND JUST AS SIMPLY TOLD HIM TO SHUT UP AND THAT IF HE HAD THE STONES FOR IT TO GO AHEAD AND TELL ALL THESE PEOPLE TO THEIR FACE'S ABOUT ALL HIS MADE ISSUE'S WITH THEM AND NOT TO ME BECAUSE I DIDN'T WANT TO HEAR ALL THAT PETTY ASS ~~_____~~ BEHIND THE DOOR'S BULL SHIT!!! HE LOOKED AT ME REALLY ~~_____~~ STRANGE AND THEN INFORMED ME ON SEVERAL OCCASION'S PRIOR TO THIS ONE THAT HE COULD MOVE OUT OF THE CELL INTO ANY OTHER HE SO CHOSED AND HE COULD ALSO GET ME MOVED IF I WAS TO SAY ANYTHING ABOUT WHAT ~~___~~ WAS BEING SAID IN THE CELL BETWEEN HIM AND ME. I JUST SIMPLY TOLD HIM IF HE'S GOT THE JUICE LIKE THAT TO GO AHEAD AND DO IT. HE'S ALSO TOLD ME OTHER THINGS THAT I WONT MENTION ABOUT BECAUSE OF THE NATURE OF THEIR CONTENT!!

— CONT SEE OTHER SIDE —

Jan. 1, 2008  GRIEVANCE REPORT PAGE 4

Then on Jan 1, 2008 everything boiled over and when
He was watching for the officer to come on the deck
and for me to go to the shower I had just left the
cell and preceded to the shower stall and got only
4 to 5 feet from the cell and then thats when he made
his threat in front of a C/O of security and two convicts!
As I turned to go back in my cell to settle this threat I
was told by the guard who was standing their not to
RETURN to my cell and go and finish my shower and
afterwards when I finish the shower to REMAIN IN THE
day room until the Lt arrives!! They can handle this
problem with him before anything accelerates out of
control. Thats an institutional policy and a good one
provided they have a comptent security staff that can
carry out the proper procedure's because to put into
practice these policy's you need to be able to hold up
your own end period. Now then I didn't get to finish
my shower because the hot water ran out so I
went in the day ~~room~~ room to wait like I was told
to do. Instead of a Lt. showing up it was Sgt. Summer
and I was waved to the core to see him to explain what
had happened. When he asked C/O Clark and the control
C/O what had happened they informed him in front of
me and him about the threat made towards me by my
cell mate and the fact that their were witnesses to this
incident and one of them being a C/O of security !!!

Jan 1, 2008   Grievance Report Page 5   

Now then Sgt. Summers turned and told me to stay in the day room and he would take care of it and be right back. Well 20 minutes later I am called down to my cell and Sgt. Summers informed me that he is aware of the situation and would I defend myself if he let the ~~situation~~ situation go and later that night after he left and we were locked in the room together for the rest of the night. My cell mate had evidently run some kind of a con game on Sgt. Summers because he told me to shutup and pack. Everytime I tried to ask what I was being walked for; "Quote he made the threat against me in front of witnesses one of them being security so how in hell did I get punished for this threat Unquote" I was told to shutup and pack !! Then after I had packed my personell property I was walked to Seg. I went to the Adjustment Committee to hear this false and bogus disciplinary report and when I was asked how I pleaded I pleaded "No Contest and Not Guilty" After explaining to the Adjustment Committee about my pleadings and informing them of what happened they said my time in Seg is up and they find me guilty of the disciplinary report. Later I get a piece of paper back in-titled <u>State Of Illinois -- Department Of Corrections</u> ~~Adjustment Committee Final Summary Report</u>" and it states that I pleaded guilty !! I would like to know how in the sam hell I went from

— cont see other side —

Jan. 1, 2008    Grievance Report    Page 6

pleading "No Contest and Not Guilty" to a piece of paper saying I did. When the I.D.O.C. needs to frame convicts to cover up their on purpose mistakes so's they can keep a deceitful image and despicable behavioral by the rank and file of I.D.O.C. personell can only mean that to get a fair treatment will take the Federal Goverment to investigate and charge with Human Rights Violation's the personell of the I.D.O.C. and their practices of how the I.D.O.C. institution's are being run to keep their image and the despicable ways to keep it that way!!!! They need to take control of the I.D.O.C. and charge personell for their crimes and run the I.D.O.C. themseleves period!!!!

COMMENTS:

1. I want my cell mate to be charged with the threat he made against me and found guilty like he was surpose to have been that night!!!!

2. I want Sgt. Summers fired from the I.D.O.C. or at least demoted in rank and to never again hold any postion of rank or authority whatsoever!!!!

3. I want both of the lieing Adjustment Committee members to be fired and charged with false ~~~~ a filying answer's on institution's reports that can harm and seriously damage an convicts stay in the I.D.O.C.

Jan. 1, 2008   Grievance Report Page 7

4) I want that disciplinary report removed from my file.

5) I want my good time restored because I am under the old sentenceing laws concering good time.

6) Because you have already made me serve the full punishment for this false and bogus disciplinary report I want compensation in the form of 1 year's good time creidit to my record and any and all good time that I may have lost over the years restored to me no questions asked whatsoever !!!!

7) I want a 390 day furlough starting Feb 15 until the 390 days are over !!!! This will take care of the 7 days of seg time and demotion from A grade to B grade for 30 days also 30 days no shop; getting punished 3 times for the same false and bogus disciplinary report !!!!

Exhibit D

J

STATE OF ILLINOIS      )
                       )  ss.
COUNTY OF MONTGOMERY   )

## AFFIDAVIT

I, _Joel Weiten_, being first duly sworn upon oath, certify that the statements set forth below are true and correct in both substance and in fact to the best of my personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

ON 1/1/08 at Approx 10:05 PM I was Leaving my Cell (D 7-24) after finishing my Job as Shower porter and on The way To The dayRoom When I heard Inmate Straisch Threaten inmate moore That he was going To "Kick your motherfucking ass before The night is Over" in The hallway When This was going on I Saw C/o Clark and Inmate Ramos also overheard This Threat. Then C/o Clark instruced Inmate moore To finish his Shower and waite in The dayRoom untill The Sgt Showed up To Take Care of it I was Then instructed To go To my Cell Soon after Sgt summers Showed up

Subscribed and sworn to before me this _15th_ day of _February_, 200_8_.

/s/ _Joel C Weiten_
                                          AFFIANT
_K 54567_, pro se
Box 499, Reg. # _____
Graham Correctional Center
Hillsboro, Illinois  62049-0499

_Gary D. Perkins_
NOTARY PUBLIC

"OFFICIAL SEAL"
Gary D. Perkins
Notary Public, State of Illinois
My Commission Exp. 04/02/2008

(K)

— BEGINNING —

To The Director of The Illinois Department Of Corrections;

Please be advised that yes I am grieving this grievance to the Director by first sending it to the Administrative Review Board as according to the rules and regulation's concering Grievance Procedure's within the proper procedure's and time limit!!

The grievance I am grieving is about a disciplinary report written on me for an incident that NEVER EVER REALLY happened totally at all what so ever!!!! On Jan. 1, 2008 approx time of 9:40 pm I was disrobeing for a shower after my work assignment was finished. My cell mate was standing by the cell door and looking out the cell door window and trying to hide a smile on his face. As I was ready to depart for the shower I had to ask my cell mate to move away from the door so's I could exit the cell. He then moved from the door and stepped over to the shit bowel and I exited the cell for my shower. When I stepped out of my cell the first thing I saw in the hallway was convict Joel Weiten #K-54567 who cells right across the hall from my cell and convict Isais Ramos #S-03579 who also works as a porter on the same shift as I do. He was moping the hallway. Also as I was looking toward the shower and was only 4 or 5 feet from my cell and the only security 9/0 in the hallway was 9/0 Clark who heard and saw my cell mate

—PAGE 1 of 14—

PAGE 2 of 14

make a threat against my personal safety. He made
His threat with all of the personnel mention above
witnessing, him saying this out of his own mouth doing
so and standing in the doorway of our cell D-12 Unit
24 !!!! He did so in a raised voice and full intent of
trying to carry out his serious and boisterous threat!
I was then and there informed by security % Clark no
to return to my cell but to go and finish my shower and
when I am finished to go and wait in the dayroom until
the Lieutenant comes and walks my cell mate to the
segregation Unit for threating me with bodily harm
and possible my homicide because of the nature of
his mentality.!!! However the Lieutenant did not
show up for whatever reason but just Sgt. Summers.?!!
When Sgt. Summers entered the picture everything started
and went to hell from that point forward unquestionabley.
You can confirm all of these facts for your own proof of
this incident by reading and talking to the parties involed
Please read the grievance carefully concering these facts
Now then as I waited for the Lieutenant to show up
and he didn't show up instead only Sgt. Summers who
when upon arriving at Unit 24 % Clark and the control
% then and there in front of me informed Sgt. Summers
that inmate J. Stroisch K-88298 had in the presence
of 1% and 2 other convicts threaten convict Moore #C-76220
life with bodily harm and possible homicide and then
Sgt. Summers asked me if thats the way it had



Page 3 of 14

happened and I did confirm right then and there
that both %'s were correct and there statements
were right on the money and the threat against my life
from my cell mate which was "Quote "I am going to kick
your Ass" UnQuote "Quote Before the nights is over UnQuote"!!!!
And that the was the exact threat he had made against me
word for word out of my own mouth to Sgt. Summers
standing in front of him and both of the other %'s
standing there!!!! Sgt. Summers then informed me that
I was to keep remaining in the day room and he would
go down to my cell room and packup my cell mate and
be right back. He then asked me my cell room number
and I gave it to him, D-12. He then and there went down
the D wing hallway and believe it or not went right in the
wrong cell and had to be corrected by me and the other
2 convicts sitting in the day room at the table next to
the D wing hallway that cell 12 was across the hallway
from that cell and I am in cell 12 just like I had told
him when he asked me the first time !!! He then turned
around and entered my cell #12 and had a 20 minute
conversation with my cell mate. While this conversation
was going on between Sgt. Summers and my cell mate
their were absolutely NO other security persona/ who
came and or went down this hallway at anytime what
so ever durning this entire incident !!!! Nor did Sgt.
Summer's ever take a break durning this 20 minute
conversation with my cell mate and or ever leave the

PAGE 4 of 14

hallway absolutely what so ever!!!! However when that 20 minute conversation between my cell mate and Sgt. Summers was over I was called down to my cell and I was told by Sgt. Summers that I was to shutup and pack my personal property. I tried a couple of times to find out why I was being walked to segregation since my cell mate was the one who made the threat which is the reason your down here in the first because he made the threat against my life and according to IDOC prison policy who ever threaten's another inmate and that threat is verifyed that person or person's responsible for this said threat will be walked to segregation and await further investigation into the threat to ~~determine~~ determine the seriousnes. of the incident of said threat!!!! That absolutely did not happen here absolutely at all at anytime what so ever!!!! (In this incident I was the one being walked to segregation and the only thing I did was to do wha I was being order to do by the security present and the rules and regulations and policyies concering this type of incident period!!!! So if you would be so kind as to please inform me of what I did that was wrong?!! The only thing I did was to follow orders given to me by security ~~personel~~ personnel who was suppose to be walking my cell mate to segregation!!!! Because you know this bullshit is absolutely wrong!!!! And add to the fact that my cell mate is braging about

Page 5 of 14

His fine easy manipulation of security on this issue and also his being witnessed by security !!!!) However as I was waiting in segregation to go to the Adjustment Committee I received my disciplinary report by way of not knowing it was delivered to my cell by the C/O delivered this disciplinary report. I was in the shower when it was delivered to my cell so I had no chance to sign for it or have any witness's called in my behalf by turning in to the C/O delivering said disciplinary report the form at the bottom of this disciplinary report that states at the bottom (Quote Detach and Return To The Adjustment Committee or Program Unit Prior To The Hearing UnQuote" also it states (Quote I would like the Adjustment Committee or Program Unit to consider calling the following witness's regarding disciplinary report of date = _____ UnQuote) this there by denying me any chance to put forth all facts and any and all relevant factual evidence to verit this false and ~~by~~ bogus frame job perpetrated by Sgt. Summers and my cell mate along with both personnel who judged over the Adjustment Committee the day they heard my disciplinary report conceing this issue !! Their names are Henry P. Teverbaugh - Chair Person; Nenna J. Williams C/O !!!! However as I was brought before the Adjustment Committee 7 days after this incident and already in segregation status by being removed from the Unit and cell of Unit 24 cell 12 Dwing I was then taken into the room where they were hearing disciplinary reports for

Page 6 of 14

This of Jan. 7, 2008 and told to sit down by the Committee personnel who ~~were~~ consisted of only Henry P. Teverbaugh chair person and Lenna J. Williams %. Then I was told that I was there for them to find out what happened and how I was going to plead to this disciplinary report. So then they first read the disciplinary report to me and then asked me how I pleaded to this disciplinary report. I informed them that I pleaded "Quote No Contest and Not Guilty UnQuote" then preceded to inform what took place that night in question and elaborate first upon my statement of No Contest !! I first explained to them that this disciplinary report was false and bogus whereas that this was not the issue incident that had happened on the night this disciplinary report was written !!!! The % who wrote this report was not even down the hallway at any time during this matter whatso ever this night of Jan 1, 2008 either at the begining of this issue or during this issue, incide or even after this issue incident ~~at all~~ positively without question not there period !!!! So then how in hell did I ever make this statement to this % of security who was never even without a doubt or question even their when any of this took place !!!! (I found out later that Sgt. Summers order him to write this false and bogus disciplinary report !!!! This explain's how in hell he covered all his mistake (like I said they can never be wrong or make mistakes) that night on this issue incident and how the IDOC frames convicts to boast of thereself image and institutional image of



Page 7 of 14

there always right and convicts are always wrong and the IDOC can never be wrong or make any mistakes what so ever (even though to era is Human) and to hell with any type of rules and regulations and or guidelines especially Federal Ruleings on these kind of matters!!! They will always be better than the Federal Gov. and enjoying liking to bragg about it to the convict population out of <u>their own mouths</u>!! You can ask just about all convicts who have had a run in with the IDOC personnel or any of the IDOC prisons in which they are severing time in. This is standard in all prisons operating procedure for the IDOC personnel because they have no use for rules and regulations appying to them and will not tolerate the Federal Gov to tell them or make them follow rules and regulations or guidelines of type what so ever over seeing their operating procedure's so's they can continue makeing up any and all false and fake duties they can just make up as they go along without a set of rules and regulations and guidelines to follow!!!! They have a good and well understanding of how the Federal Gov. thinks and feels about these situtations so they can get around the Federal Gov. and any and all Courts in this state and they will inform the Federal Gov that they can and will do this so they can never be held responsible for their actions or so they claim by their own admitance. They will not under any circumstance obey and operate under or anything will apply to them so's they can never be held responsible for anything or any situation they

Page 8 of 14

They create or either get into so's they can never be hel
responsible or by any means what so ever punished for
anything they do or create. That includes any type of
wrong doing or breaking any felony laws what so ever
and Federal laws especially!!!! And they do this daily
as part of their routine against the convict population!!!!
They consider this their domain and nobody and nothing
better get in their way especially the Federal Gov as accordi
to them there'll handle Uncle Sam pronto.!!!! I can make
a more detailed and thorough statement of this area of operatin
procedure's and will later when I file and fill out the proper
necessary paper work with the Federal Gov's Court System.!!!
Also at a later date!! I mentioned all the afore going because
you know it to be true and this is absolutely without question
your operating procedure's also which this explains security's
actions and why they do what they do without any worry of
being punished for their actions, bad mistake on your part!!
Anyway I then explained to the Adjustment Committee why
I pleaded Not Guilty and it was because this never
even happened by me nor did the % who wrote the
disciplinary report ever witness anything that took place
that night or anything that happened that night or any
thing that happened between me and Sgt. Summers or
my cell mate and Sgt. Summers. Nor have I nor did I
ever say anything like that to him or any body else about
any kind of cell refusal what so ever. Sgt. Summer's
made all this material up on his own accord. And everybody



PAGE 9 of 14



SEEMS postively mentaly orgasmic happy to do his biding AND it makes you wonder who's Running this prison system AND also cements what I stated earlier and what I am gonna later about the operating procedure's of the IDOC!!!! And also the treatment and handleing of convicts of the IDOC!! Also the absolute dier need of the Federal Gov's Intervention for the purpose of arresting and chargeing the IDOC personnel from the top down with human rights violation's just like they did on the East Coast.!!!! After explaining both of my pleading's of "No Contest & Not Gulity" I listened to them tell me that they find me guilty without any evidence what so ever and with time severed in segregation already awaiting this hearing and they are gonna add 30 days lower security grade from A to B grade and 30 days no commiasary shopping which out to be 6 weeks no commiasary shopping!!!! I would like to know what in hell's name being demoted from A grade status to B grade security status and 30 days no commiary stopping which tuened out to be 6 weeks has to do with what took place with this disciplinary report!!!! Also can you believe it or not they found me guilty by identifying my picture on my I D card; what did my picture say to them better yet it tells everyone who reads their findings that their in bad need of P.H.D. help and other things that I wont say here but will when I take legal action!! When I asked these two subhumans Running this Adjustment Committee for this hearing of mine what in sam by golly sam hell is wrong with them finding me guilty by the false

Page 10 of 14

and made up guilty plea made up by them for the purpose of just keeping up an image of they can never be wrong or ever make any mistakes !!!! Also how does my ID picture fit into the issue what so ever !!!! Did my ID picture say anything to them if so they should gimme some of that shit their smoking it has to be that good to do that stuff !!!! Anyway they manufacture that pleaded guilty plea, and sence by all accounts sence they are entering all convicts plea's they see fit then there is postively absolutely no need for the convicts to show up for his disciplinary hearing because its already been decided what the plea is and to give whatever disciplinary punishment they can invent for the convict. Their Nazi barbaric mentality and Gestopo actions concering the running and operateing of this IDOC system needs without question and or without a doubt and or delay needs to be put under the spot light for the public to see and the Federal Gov to charge with felonys the IDOC personnel !!!! Also needs Federal warrents issued for the arrest and incarceration of all person's involed and all personnel incharge of running the IDOC and every facuilty !!!! All charges to be seperate from the felonys of Human Rights Violations !!!! Now then when I left the Adjustment Committee hearing on this false and bogus violation I knew I had to file a grievance against the personnel who held the hearing on my disciplinary report Jan. 7, 2008 also and especially on the people who caused this issue incident and especially on the people who did there best to cover anything and everything up concering

(K)

Page 11 of 14

ISSUE INCIDENT AND absolutely lied about the REAL REASON for this issue incident and the denial of the filing of this grievance done so in good faith and by the RULES.!!!!

## Facts And Comments

Fact (1) The REASON for the incident was covered up and on the spot was a frame committed and perpetrated by Sgt. Summers and my cell mate also including an unwilling %0 who was NOT EVEN their when all this bull shit was suppose to have taken place altogether this night of Jan, 1, 2008.

Fact (2) How can a %0 of security personnel write a disciplinary report when said incident NEVER happned in their presence NOR were they personally present when said issue incident took place. Just goes to show what I've been saying all along that they are willfully willing to do anything illegal and especially I mean illegal to keep up a false and felony type of barbaric image of their own ego's and forget any laws or and guidelines and/or rules and regulations concering their illegal and barbaric operating actions!!!! They are without a doubt convinced they cant be held accountable period!!!!

Fact (3) Never being allowed to turn in and have called witnesses to this frame job perpetrated by the security personnel and inmate cell mate who was at that time my cell mate and above all else who is the REASON for all this frame up period.!!!! Please Read the Affidavit signed by my witness to this incident who was there on the sence there, actually there in person that night.!!!

Page 12 of 14

Fact ④ The manufactureing and manipulating of plea's by the Adjustment Committee who like I wrote before in this grievance are helping to frame all convicts for the sake of keeping an babaric and illegal plus egotistical image were they can never be held responsible for their actions or have the Federal Gov. order them to do anything they cant change later by manipulating the English language of words for the sole purpose of defilying the Federal Gov. !!!! On any subject they are ordered to do, please check your own records and operating procedure's you know the ones I mean and so do I personally by personal extraordinary 30 years experienc

Fact ⑤ The false and bogus disciplinary report wrote on me I want removed from my file and placed in the other file !!

Fact ⑥ I want my cell mate charged with the disciplinary misconduct he committed and felony charged with falseifing confidence games on me with intent to falseify !!

Fact ⑦ I want the Adjustment Committee personnel who handled this hearing charged with felony's of fraud and illegal manufactureing felony evidence which is also legal for me to do and absolutely fired from their jobs !!

Fact ⑧ I want Sgt. Summers charged with felony's of fraud and being the start of illegal manufactureing felony evidence which is also absolutely legal for me to do and without a doubt absolutely fired from his job in the IDOC !!!

Fact ⑨ I have already been punished for this bogus and false crime and its IDOC policy to always punish the convict first especially when he's in the right so the IDOC can

Page 13 of 14

(K)

mistreat and uphold their egotistical image and permote pure hatred from incarcerated convicts inside the Illinois Department Of Corrections for the sole sake of they can boaster their egotistical departmental image and personal image of themselfs and never admiting that the convict was right and they were wrong about anything what so ever because their shit dont stink only everybody else and especially the Federal Gov.!!!! So where as since its policy to falsify and punish convicts ahead of time for some of the reasons mentioned above and earlier along with others, I can get more precise but not at this time and not any where except in a Federal Court Of Law so this is a fact of I want my good time restored and any and all other good time I may or may not have lost for whatever reason restored to me regardless of the reason for its loss also I want the good time given to me for the things I did which the IDOC gives convicts for their Help in other area's, they know no questions asked and you know what I am talking about period !!! Also my 7½ days for the month of Jan. 2008 I lost because I lost that good time for the time I spent in segregation on this false and bogus disciplinary report !!!! Fact (o) Since I am and have already served the full false and bogus punishment for this false and bogus disciplinary report simply because of some of the reasons I stated earlier in this rebutal grievance by way of fact ① 7 days segregation fact ② 30 days lower security grade fact ③ 30 days of commissary no shop which turned into 6 weeks because

Page 14 of 14

of the way the commissary is run by only being allowed to shop every 2 weeks...!!!! I want 14 months medical furlough with no kind of bull shit restriction's about it.!!!! And for it to start on March 28, 2008.

Txt ⑪ IDOC likes to punish convicts for filing grievance by transferring them to another prison. They don't want convicts to be aware of their wrong doings or how they illegaly run the prison system. It is against State Law and Federal Law to punish or otherwise harm in what ever fashion a convict or convicts for filing legal grievances against any type of employee working for the IDOC. Most of the convicts are already aware of their illegal ways of handling situations by the IDOC but they didn't think they could start getting this stupid !!!! However I have proof absolute without question that can absolutly prove this beyond a doubt. Will produce this at a later date and only after the final decision of this grievance I have just wrote of 14 of 14 pages !!!!

Date: 7/25/2008
Time: 9:30am

3:08-cv-03178-HAB  ICH # 1-3      Page 24 of 30

d_list_inmate_trans_statement_composite

**Graham Correctional Center**
**Trust Fund**

View Transactions

Page 1



Inmate: C76220 Moore, Larry                    Housing Unit: GRA-18-D -11

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 678.44 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029276 | 100965303087 | Esunis, Diana | 10.00 | 688.44 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039102 | | P/R month of 01/2008 | 8.16 | 696.60 |
| 02/11/08 | Disbursements | 80 Postage | 042335 | Chk #57216 | 2/5/08 80-6218, Reserve Accoun, Inv. Date: 02/05/2008 | -.41 | 696.19 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046276 | 11815829908 | McCloud, V. L. | 50.00 | 746.19 |
| 02/20/08 | Point of Sale | 60 Commissary | 051780 | | Commissary | -85.85 | 660.34 |
| 02/29/08 | Disbursements | 80 Postage | 060335 | Chk #57379 | 2/19/08 80-6218, Reserve Accou, Inv. Date: 02/19/2008 | -.41 | 659.93 |
| 02/29/08 | Disbursements | 84 Library | 060335 | Chk #57380 | 2/21/08 84-2, DOC: 523 Fund Li, Inv. Date: 02/21/2008 | -1.10 | 658.83 |
| 03/05/08 | Point of Sale | 60 Commissary | 065780 | 518377 | Commissary | -46.47 | 612.36 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074102 | | P/R month of 02/2008 | 10.00 | 622.36 |
| 03/19/08 | Point of Sale | 60 Commissary | 079780 | 519624 | Commissary | -38.27 | 584.09 |
| 03/19/08 | Mail Room | 01 MO/Checks (Not Held) | 079276 | 100965320687 | McCloud, V. L. | 50.00 | 634.09 |
| 03/20/08 | Disbursements | 80 Postage | 080335 | Chk #57502 | 3/11/08 80-6218, Reserve Accou, Inv. Date: 03/11/2008 | -.41 | 633.68 |
| 03/25/08 | Mail Room | 01 MO/Checks (Not Held) | 085276 | 12300348328 | Esunis, Diona | 20.00 | 653.68 |
| 04/02/08 | Point of Sale | 60 Commissary | 093713 | 521056 | Commissary | -61.22 | 592.46 |
| 04/04/08 | Disbursements | 84 Library | 095335 | Chk #57684 | 3/31/08 84-2, DOC: 523 Fund Li, Inv. Date: 03/31/2008 | -6.00 | 586.46 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 4/1/08 81-6218, Reserve Accoun, Inv. Date: 04/01/2008 | -.41 | 586.05 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 3/31/08 81-6218, Reserve Accoun, Inv. Date: 03/31/2008 | -.80 | 585.25 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 3/31/08 81-6218, Reserve Accoun, Inv. Date: 03/31/2008 | -8.25 | 577.00 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 3/31/08 81-6218, Reserve Accoun, Inv. Date: 03/31/2008 | -.97 | 576.03 |
| 04/04/08 | Disbursements | 80 Postage | 095335 | Chk #57685 | 3/25/08 80-6218, Reserve Accou, Inv. Date: 03/25/2008 | -.41 | 575.62 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 3/20/08 81-6218, Reserve Accou, Inv. Date: 03/20/2008 | -1.31 | 574.31 |
| 04/04/08 | Disbursements | 81 Legal Postage | 095335 | Chk #57685 | 3/20/08 81-6218, Reserve Accou, Inv. Date: 03/20/2008 | -1.31 | 573.00 |
| 04/04/08 | Disbursements | 80 Postage | 095335 | Chk #57685 | 7/1/08 80-6218, Reserve Accoun, Inv. Date: 04/01/2008 | -.41 | 572.59 |
| 04/09/08 | Mail Room | 01 MO/Checks (Not Held) | 100276 | 12506309346 | McCloud, V. | 50.00 | 622.59 |
| 04/10/08 | Payroll | 20 Payroll Adjustment | 101102 | | P/R month of 03/2008 | 10.00 | 632.59 |
| 04/16/08 | Point of Sale | 60 Commissary | 107765 | 522346 | Commissary | -56.30 | 576.29 |
| 04/21/08 | Mail Room | 01 MO/Checks (Not Held) | 112276 | 12300352740 | Esunis, Diana | 20.00 | 596.29 |
| 04/25/08 | Disbursements | 84 Library | 116335 | Chk #57897 | 4/18/08 84-2, DOC: 523 Fund Li, Inv. Date: 04/18/2008 | -.15 | 596.14 |
| 04/30/08 | Point of Sale | 60 Commissary | 121780 | 523484 | Commissary | -34.43 | 561.71 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 129276 | 12506317020 | McCloud, V. L. | 50.00 | 611.71 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129102 | | P/R month of 04/2008 | 10.00 | 621.71 |
| 05/14/08 | Point of Sale | 60 Commissary | 135780 | 524710 | Commissary | -41.38 | 580.33 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137335 | Chk #58052 | 5/14/08 81-6218, Reserve Accou, Inv. Date: 05/14/2008 | -1.85 | 578.48 |
| 05/16/08 | Disbursements | 84 Library | 137335 | Chk #58053 | 5/12/08 84-2, DOC: 523 Fund Li, Inv. Date: 05/12/2008 | -3.20 | 575.28 |
| 05/28/08 | Point of Sale | 60 Commissary | 149713 | 526007 | Commissary | -41.14 | 534.14 |
| 05/30/08 | Disbursements | 80 Postage | 151335 | Chk #58121 | 5/23/08 80-6218, Reserve Accou, Inv. Date: 05/23/2008 | -.42 | 533.72 |
| 05/30/08 | Disbursements | 80 Postage | 151335 | Chk #58121 | 5/29/08 80-6218, Reserve Accou, Inv. Date: 05/29/2008 | -.42 | 533.30 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 162216 | 12506323195 | McCloud, Vivian | 20.00 | 553.30 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 162216 | 12506323184 | McCloud, Vivian | 50.00 | 603.30 |
| 06/11/08 | Point of Sale | 60 Commissary | 163780 | 527172 | Commissary | -87.27 | 516.03 |

**Graham Correctional Center**
**Trust Fund**
View Transactions

Exhibit
G 2 of 2

L

| Inmate: C76220 Moore, Larry | | | | | Housing Unit: GRA-18-D -11 | | |
|---|---|---|---|---|---|---|---|

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/12/08 | Disbursements | 80 Postage | 164335 | Chk #58212 | 6/3/08 80-6218, Reserve Accoun, Inv. Date: 06/03/2008 | -.42 | 515.61 |
| 06/12/08 | Payroll | 20 Payroll Adjustment | 164102 | | P/R month of 05/2008 | 10.00 | 525.61 |
| 06/17/08 | Mail Room | 01 MO/Checks (Not Held) | 169216 | 12506323386 | McCloud, James L. | 5.00 | 530.61 |
| 06/18/08 | Mail Room | 01 MO/Checks (Not Held) | 170216 | 10137238769 | Esunis, Diana | 20.00 | 550.61 |
| 06/25/08 | Point of Sale | 60 Commissary | 177713 | 528385 | Commissary | -31.30 | 519.31 |
| 07/09/08 | Point of Sale | 60 Commissary | 191780 | 529557 | Commissary | -28.70 | 490.61 |
| 07/09/08 | Disbursements | 84 Library | 191335 | Chk #58420 | 7/8/08 84-2, DOC: 523 Fund Lib, Inv. Date: 07/08/2008 | -1.00 | 489.61 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 192102 | | P/R month of 06/2008 | 10.00 | 499.61 |
| 07/11/08 | Mail Room | 01 MO/Checks (Not Held) | 193216 | 12506331137 | McCloud, V.L. | 50.00 | 549.61 |
| 07/23/08 | Point of Sale | 60 Commissary | 205765 | 531021 | Commissary | -36.73 | 512.88 |

|  |  |
|---|---|
| Total Inmate Funds: | 512.88 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 512.88 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 7/24/2008
Time: 8:44am
d_list_inmate_trans_statement_composite

**Graham Correctional Center**
**Trust Fund**

Inmate Transaction Statement - C76220

Page 1

Exhibit
H 1

(L)

3:08-cv-03178-HAB-CHE   #18    Page 26 of 30

REPORT CRITERIA  -  Date: 06/02/2008 thru End;     Inmate: All ;     Active Status Only ? : Yes;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print if no transactions found? : No;     Print Order: Housing Unit;     Print Furloughs /
Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: C76220 Moore, Larry**                          **Housing Unit: GRA-18-D -11**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 533.30 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 162216 | 12506323195 | McCloud, Vivian | 20.00 | 553.30 |
| 06/10/08 | Mail Room | 01 MO/Checks (Not Held) | 162216 | 12506323184 | McCloud, Vivian | 50.00 | 603.30 |
| 06/11/08 | Point of Sale | 60 Commissary | 163780 | 527172 | Commissary | -87.27 | 516.03 |
| 06/12/08 | Disbursements | 80 Postage | 164335 | Chk #58212 | 6/3/08 80-6218, Reserve Accoun, Inv. Date: 06/03/2008 | -.42 | 515.61 |
| 06/12/08 | Payroll | 20 Payroll Adjustment | 164102 | | P/R month of 05/2008 | 10.00 | 525.61 |
| 06/17/08 | Mail Room | 01 MO/Checks (Not Held) | 169216 | 12506323386 | McCloud, James L. | 5.00 | 530.61 |
| 06/18/08 | Mail Room | 01 MO/Checks (Not Held) | 170216 | 10137238769 | Esunis, Diana | 20.00 | 550.61 |
| 06/25/08 | Point of Sale | 60 Commissary | 177713 | 528385 | Commissary | -31.30 | 519.31 |
| 07/09/08 | Point of Sale | 60 Commissary | 191780 | 529557 | Commissary | -28.70 | 490.61 |
| 07/09/08 | Disbursements | 84 Library | 191335 | Chk #58420 | 7/8/08 84-2, DOC: 523 Fund Lib, Inv. Date: 07/08/2008 | -1.00 | 489.61 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 192102 | | P/R month of 06/2008 | 10.00 | 499.61 |
| 07/11/08 | Mail Room | 01 MO/Checks (Not Held) | 193216 | 12506331137 | McCloud, V.L. | 50.00 | 549.61 |
| 07/23/08 | Point of Sale | 60 Commissary | 205765 | 531021 | Commissary | -36.73 | 512.88 |

|  |  |
|---|---|
| Total Inmate Funds: | 512.88 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 512.88 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Exhibit **M**

ILLINOIS DEPARTMENT OF CORRECTIONS
# Offender Authorization for Payment
### Graham Correctional Center

Posting Document # _____     Date _Feb. 21, 2008_

Offender Name _Moore, Larry Paul_ ID# _C-76250_   Housing Unit _B-D-11_

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Administrative Review Board_

[X] I hereby authorize payment of postage for the attached mail.   [ ] I hereby request information on electronic fund
transfers to be placed in the attached mail.

Offender's Signature _Larry Paul Moore_ ID# _C-76220_

Witness Signature _____ % K. Moore 6134_____

[ ] Approved   [ ] Not Approved   Chief Administrative Officer's Signature _____

Postage applied in the amount of _____1_____ dollars and _____85_____ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
Replaces DC 828



Ⓝ

STATE OF ILLINOIS    )
                     )  ss.
COUNTY OF MONTGOMERY )

### AFFIDAVIT

I, _Larry Paul Moore_, being first duly sworn upon oath, certify that the statements set forth below are true and correct in both substance and in fact to the best of my personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

Begging the courts pardon and attention I am requesting and intending to use, these contents of this grievance and Federal Law Sui to press charges of Federal Felony Human Rights Violation's after this civil suit is over. This dose not in anyway affect the outcome of this suit nor and/or the contents there in!! I am writing this Affidavit to verify the exhibit's and contents of the other Affidavit's contents. These exhibits are also evidence that the Federal Court use's to verify there evidence when an inmate file's for to proceed in forma pauperis. They use these very exact same Trust Fund account sheets for there proof, to see if an inmate is lying about his Trust Fund account!! And however as you can plainly see and read they are the one's absolute accepted and used by the Federal Court System for their absolute for themselves period no exception's!!

Subscribed and sworn to before me
this _8th_ day of _August_, 200_8_.

_Gary D. Perkins_
NOTARY PUBLIC

/s/ _Larry Moore_
                      AFFIANT
_C-76220_, pro se
Box 499, Reg. # _____
Graham Correctional Center
Hillsboro, Illinois  62049-0499

OFFICIAL SEAL
**GARY D. PERKINS**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 5-21-12

(N)

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF MONTGOMERY   )

## AFFIDAVIT

I, _Larry Paul Moore_, being first duly sworn upon oath,
certify that the statements set forth below are true and correct in both
substance and in fact to the best of my personal knowledge and belief,
and if called as a witness, I am competent to testify thereto:

This and all of these affidavit's are about being the miss use of the
convicts rights and their total barbaric treatment of grievances being
sent out in the proper way and proper order, and exact time frame there
suppose to go out IN, according to the rules and regulation's of the I.D.O.C
and Graham Corr. Prison. Also the way in which they are handled by
the Head Warden and his staff. Also the way the Director miss
handle's on purpose his duties when confronted with something he has
deliberately did wrong and is trying to sweep under the rug so
that he can't be held Accountable for his actions absolutely by any and
all means possible and including the use of felony fraud by whatever
means he should deem NECESSARY thereby thumbing his nose at the
law and saying I am untouchable!! With all this evidence and
Federal Law Suit I am going to see if he is actually by any
means Untouchable by the Federal Court System Amen!!!!

Subscribed and sworn to before me
this _8th_ day of _August_, 200_8_.

_Gary D. Perkins_
NOTARY PUBLIC

/s/ _Larry Moore_
                        AFFIANT
_C-76220_, pro se
Box 499, Reg. # _____
Graham Correctional Center
Hillsboro, Illinois  62049-0499

OFFICIAL SEAL
GARY D. PERKINS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 5-21-12

Recieved July 25, 2008
3-11 mail call Time 3:18pm

ILLINOIS DEPARTMENT OF CORRECTIONS
Graham Correctional Center
**Inmate Request**

Exhibit 

TO: _TRUST FUND OFFICE_                                    DATE: _JULY 24, 2008_
INMATES NAME _MOORE, LARRY PAUL_                           NUMBER: _C-76220_
HOUSING UNIT _18-11D_          WORK ASSIGNMENT/SHIFT _NONE_

I WISH TO BE INTERVIEWED REGARDING: _I have already sent you a request for a complete copy of my trust fund account for the months of Jan. Feb. Mar. + April. I have waited the correct amount of time for you to send this information too me. This information is for the Federal Court asked for by the Judge. Can you tell me why you have not given me my information -!_

AN INTERVIEW IS NOT NECESSARY, BUT I WOULD LIKE _____

BUSINESS OFFICE

JUL 25 2008
RECEIVED

_Larry Paul Moore C-76220_
Inmate's Signature

GRA 0105 (Rev. 6/2004)
Formerly DCA 060-10917

