E-FILED
Tuesday, 19 August, 2008  11:07:08 AM
Clerk, U.S. District Court, ILCD

Dear Clerk of the Court,

Please understand it's been a few years since I've done any Federal law work. I don't remember all the procedures to go through. I'll list them by numbers and you tell me how to proced correctley thankyou!

1. I believe I have all the funds necessary to pay my initial court costs! The only problem is I don't know who to make the check out too!! I've always filed as a poor person before now! Please inform me who I address the check to and their address!

2. I've sent you a extra copy of the first page of this suit so you can file stamp it for me and a self addressed stamped envelope to return it to me thankyou!!!

3. I've also sent you 10 copies of this suit; one for all 7 defendant's, one for the Att. gen., one for the court Judge, and one for the clerk of the court if thats you!!

Have I done anything wrong as of yet; I know you don't give advice and as you can see I not asking for advice just with the law changes have I done it correct!!

Larry Paul Moore  C-76500