ORIGINAL 1 of 2 ORIGINALS

FILED
AUG 26 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 27 August, 2008  08:52:39 AM
Clerk, U.S. District Court, ILCD

Aug. 24, 2008
Recieved your reply
Aug. 22, 2008
3:15 mail call line

Dear Clerk of the Court;

I just recieved your return of my request for a filed stamped copy of my suit. I also wrote you a letter in that package I sent to you letting you know I am more than happy to pay filing fee's for this suit in Federal Court. I still don't know who to make the check out to so with this letter in my own hand writing I am authorizing the Federal Court my permission to remove $350.00 court filing fee's from my trust fund account to pay the filing fee's for the filing of my suit #08-3178 filed in Federal Court Aug. 15, 2008. I want to and definitely am willing to pay the filing fee's for this suit #08-3178. I have the money in my account now!!

Respectfully
Larry Paul Moore
C-76220

P.S. Is there anything I am suppose to do concering this payment I haven't done correctly?